USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MARTIN ROSS,
  a/k/a "Blue,"
MIKAL TARIQ LEAHR,
  a/k/a "Homeboy,"
DESTINY ROMERO,
  a/k/a "Lucky," and
JOSE L. IRIZARRY,

           Defendants.

**ADDENDUM TO PROTECTIVE ORDER**

S1 19 Cr. 913 (SHS)

The United States and defendants MARTIN ROSS and JOSE L. IRIZARRY, through the undersigned counsel, hereby consent and agree to be bound by the terms of the Protective Order entered by the Court on January 21, 2020 (Dkt. 19) and attached hereto.

GEOFFREY S. BERMAN
United States Attorney
for the Southern District of New York

By: _____
Jacob R. Fiddelman
Assistant United States Attorney

COUNSEL FOR
MARTIN ROSS

By: _____
Michael W. Martin, Esq.

COUNSEL FOR
JOSE L. IRIZARRY

By: _____
Thomas Dunn, Esq.

Dated: New York, New York
February 26, 2020

SO ORDERED:

_____
HONORABLE SIDNEY H. STEIN
UNITED STATES DISTICT JUDGE

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MARTIN ROSS,
  a/k/a "Blue,"
MIKAL TARIQ LEAHR,
  a/k/a "Homeboy,"
DESTINY ROMERO,
  a/k/a "Lucky," and
JOSE L. IRIZARRY,

    Defendants.

**ADDENDUM TO PROTECTIVE ORDER**

S1 19 Cr. 913 (SHS)

The United States and defendants MARTIN ROSS and JOSE L. IRIZARRY, through the undersigned counsel, hereby consent and agree to be bound by the terms of the Protective Order entered by the Court on January 21, 2020 (Dkt. 19) and attached hereto.

GEOFFREY S. BERMAN
United States Attorney
for the Southern District of New York

By: _____
  Jacob R. Fiddelman
  Assistant United States Attorney

COUNSEL FOR
MARTIN ROSS

By: _____
  Michael W. Martin, Esq.

COUNSEL FOR
JOSE L. IRIZARRY

By: _____
  Thomas Dunn, Esq.

Dated: New York, New York
      February ___, 2020

SO ORDERED. 3/2/2020

_____
HONORABLE SIDNEY H. STEIN
UNITED STATES DISTICT JUDGE