UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
UNITED STATES OF AMERICA                                    :     S1 19 Cr. 913 (SHS)
                                                            :
      -v-                                                   :
                                                            :     **REVISED SCHEDULING**
Martin Ross, et al.,                                        :     **ORDER**
                                                            :
                  Defendants.                               :
                                                            :
------------------------------------------------------------x

SIDNEY H. STEIN, United States District Judge:

      Defendants' application for a 60-day adjournment of the motion schedule is GRANTED without objection of the Government. The revised schedule is as follows:

- Defendants' Deadline for Motions: September 7, 2020
- Government's Deadline for Response: September 28, 2020
- Defendants' Deadline for Reply (if any): October 5, 2020
- Next Status Conference: September 8, 2020 at 2:30 p.m.

      Without objection from defendants, time is excluded from calculation under the Speedy Trial Act from today until September 8, 2020. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C. 3161(h)(7)(A).

Dated:   New York, New York
         July 6, 2020

SO ORDERED:

*Sidney H. Stein*

Sidney H. Stein, U.S. District Judge.