UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
 :
UNITED STATES OF AMERICA  :  S1 19 Cr. 913 (SHS)
 :
 -v- :
 :  **REVISED SCHEDULING**
Martin Ross, et al., :  **ORDER**
 :
 Defendants. :
 :
-------------------------------------------------------------x

SIDNEY H. STEIN, United States District Judge:

Defendants' application for a 60-day adjournment of the motion schedule is GRANTED without objection of the Government. The revised schedule is as follows:

- Defendants' Deadline for Motions: November 9
- Government's Deadline for Response: November 30
- Defendants' Deadline for Reply (if any): December 4
- Next Status Conference: November 13 at 11:00 a.m.

Without objection from defendants, time is excluded from calculations under the Speedy Trial Act through November 13, 2020. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C. 3161(h)(7)(A).

Dated: New York, New York
 August 28, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.