UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-913 (SHS) |
| -v- | : | ORDER |
| MARTIN ROSS, | : | |
| Defendant. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The Court has been advised that the *Ad Hoc* Committee on the Resumption of Jury Trials has scheduled the trial of this matter to commence on May 18, 2021, one day later than the date set by this Court. Accordingly,

IT IS HEREBY ORDERED that:

1. The dates in the endorsed letter dated February 10, 2021 [Doc. No. 61] remain as set;

2. The pretrial conference remains at April 19, 2021, at 2:30 p.m.; and

3. The trial of this action shall commence on May 18, 2021, at 9:30 a.m.

Dated: New York, New York
       March 2, 2021

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.

1