UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-913 (SHS) |
| -v- | : | ORDER |
| MARTIN ROSS, *ET AL.*, | : | |
| Defendants. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The trial of this matter having been scheduled for May 18, 2021 [*see* Order, Doc. No. 67].

    IT IS HEREBY ORDERED that the parties are directed to notify the Court in writing by March 18, 2021, as to what they believe the likelihood is of this matter actually going to trial on May 18, 2021.

Dated: New York, New York
         March 11, 2021

SO ORDERED:

_____
SIDNEY H. STEIN, U.S.D.J.