

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 23, 2021

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Martin Ross*, S1 19 Cr. 913 (SHS)

Dear Judge Stein:

The Government writes to request the exclusion of time under the Speedy Trial Act, Speedy Trial Act, 18 U.S.C. § 3161(h)(7), from today's date until August 30, 2021, the date that this case has been set for trial after the defendant requested an adjournment. Such an exclusion would be in the interests of justice because it will allow the defense the requested time to prepare for trial in light of the difficulties in attorney-client communication caused by the COVID-19 pandemic, and it will reflect the current limited scheduling process for jury trials in this District in light of the pandemic. The defendant consents to the exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Jacob R. Fiddelman
Assistant United States Attorney
(212) 637-1024

cc:   Defense counsel (by ECF)

The time is excluded from calculation under the Speedy Trial Act from today until August 30, 2021. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. 3161(h)(7)(A).

Dated: New York, New York
       March 24, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.