UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,  :  19-Cr. 913 (SHS)

    -v-  :  CONSENT TO PROCEED BY
VIDEOCONFERENCE OR
MARTIN ROSS,  :  TELECONFERENCE

    Defendant.  :

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    Defendant __MARTIN ROSS__ hereby voluntarily consents to participate in the following proceeding via videoconference or teleconference:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

✓ Bail/Revocation/Detention Hearing

____ Status and/or Scheduling Conference

____ Misdemeanor Plea/Trial/Sentence

_____  _____
Defendant's Signature (Judge may obtain  Defense Counsel's Signature
Verbal consent on Record and Sign for Defendant

MARTIN ROSS  MICHAEL MARTIN
Print Defendant's Name  Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing and teleconferencing technology.

May 10, 2021  _____
Date  Sidney H. Stein, U.S.D.J.

4