LINCOLN SQUARE LEGAL SERVICES, INC.　　Fordham University School of Law　　Tel 212-636-6934
150 West 62nd Street, Ninth Floor　　Fax 212-636-6923
New York, NY 10023

May 26, 2021

**By ECF**
Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re: **United States v. Martin Ross, et al.,** S1 19 Cr. 913 (SHS)

Your Honor:

We write to request a three-day adjournment of the trial in the above-referenced matter, which is currently scheduled to begin on August 30. Late last week, I learned that the "drop off day" for my daughter's first day at college will be August 30, and I am the only person in the household able to drive her to school. The college does not permit early drop offs. I have alerted the Government to this conflict, and the Government has no objection to a three-day adjournment, if August 30th is the date the scheduling committee selects for us.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Michael W. Martin
Michael W. Martin
Ian Weinstein
Lincoln Square Legal Services, Inc.

Jennifer R. Louis-Jeune
JLJ Law
Co-Counsel
The Astor Building
217 Broadway, Suite 707
New York, New York 10007
(t): (212) 203-9058
(e): jennifer@jljlaw.com

Attorneys for Mr. Martin Ross

cc: Jacob Fiddelman
 Assistant United States Attorney
 **By Email and ECF**

---

*Handwritten endorsement:*

5/27/2021

The scheduling committee has not yet established a trial date. The Court will make every attempt to accommodate counsel. So ordered.

/s/ S. Stein
Sidney H. Stein, U.S.D.J.