UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,   :   19-Cr-913 (SHS)

        -v-   :   ORDER

MARTIN ROSS,   :

        Defendant.   :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

In a letter dated June 10, 2021, defendant requested an adjournment of the trial in this matter due to a personal conflict, and the government has stated that it has no objection to that request [ECF No. 95]. Accordingly,

IT IS HEREBY ORDERED that:

1. The dates for pretrial submissions are adjourned as follows: proposed jury charges, proposed *voir dire*, and any motions *in limine,* are due by September 8, 2021, responses to any motions *in limine* are due by September 22, 2021;

2. The final pretrial conference scheduled for August 16 is adjourned to October 14, 2021, at 10:00 a.m., and will take place in Courtroom 23A;

3. The trial of this action is adjourned to Wednesday, October 27, 2021, at 9:30 a.m.; and

4. The parties should be aware that although the Court will submit the jury request for this trial to begin on October 27, 2021, the trial date may be rescheduled by the Court's Ad Hoc Committee on the Resumption of Jury Trials to another date in the fourth quarter of 2021. The Court will notify the parties as soon as the fourth quarter trial calendar has been established for trials in the Southern District of New York.

Dated: New York, New York
       June 10, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.