

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 12, 2021

**BY ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Martin Ross*, S1 19 Cr. 913 (SHS)

Dear Judge Stein:

    In light of the recent adjournment of the trial date in this case at the request of the defense, the Government respectfully requests the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), from today's date until the new trial date of October 27, 2021. As the Court has recognized in granting the defense's adjournment request, the interests of justice served by the continuance outweigh the interests of the defendant and the public in a speedy trial because it will ensure effective representation of counsel by permitting lead counsel to be present for all aspects of trial; and because it will reflect the current limited scheduling process for jury trials in this District in light of the pandemic. The defendant consents to the exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Jacob R. Fiddelman
Assistant United States Attorney
(212) 637-1024

cc:   Defense counsel (by ECF)

**The time is excluded from calculation under the Speedy Trial Act from today until October 27, 2021. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. Sec. 3161(h)(7)(A).**

Dated: New York, New York
       June 14, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.