

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 21, 2021

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Martin Ross*, S1 19 Cr. 913 (SHS)

Dear Judge Stein:

    The Government writes to withdraw its request for a status conference in the above-captioned case. Since the filing of that request, the parties have resolved the matter that would have been the subject of the conference. Accordingly, there is no longer a need for Court intervention, and the Government respectfully requests that the Court cancel the appearance previously ordered for Friday, July 23, 2021. We thank the Court for its prompt attention to this matter.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Jacob R. Fiddelman
Assistant United States Attorney
(212) 637-1024

cc:   Defense counsel (by ECF)

**The conference scheduled for July 23 at 9:00 a.m. is cancelled.**

Dated:  New York, New York
         July 22, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.