UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-913 (SHS) |
| -v - | : | <u>ORDER</u> |
| MARTIN ROSS, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The Court's *Ad Hoc* Committee on the Resumption of Jury Trials has determined that the trial of this action shall commence on Tuesday, November 2, 2021. This matter is the first trial scheduled on that date which means that the trial will start on November 2, 2021. The dates in the Order dated June 10, 2021 [Doc. No. 96] remain as previously set.

Dated: New York, New York
August 30, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.