UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARTIN ROSS,<br>                                Defendant. | 19-CR-913 (SHS)<br><br>ORDER |

SIDNEY H. STEIN, U.S. District Judge.

At the request of the government, and with the consent of the defense, the plea currently scheduled in this action is set for 10:00 AM in Courtroom 23A, 500 Pearl Street, New York, New York, 10007.

Dated: New York, New York
       September 10, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.