UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-913 (SHS) |
| -against- | : | ORDER |
| MARTIN ROSS, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

Defendant having filed a motion to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. § 2255 [Doc. No. 164],

IT IS HEREBY ORDERED that:

1. The Clerk of Court shall open a new civil *habeas* action and assign the action to this Court;

2. The government shall respond to the motion on or before December 1, 2023;

3. The defendant's reply is due on or before January 2, 2024; and

4. The Clerk of Court is directed to send a copy of this Order to defendant Martin Ross [87784-054], U.S.P. Lewisburg Camp, P.O. Box 2000, Lewisburg, PA 17837.

Dated: New York, New York
       August 31, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.