

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 29, 2023

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Martin Ross*, 19 Cr. 913 (SHS)

Dear Judge Stein:

    The Government's deadline to file its opposition to defendant Martin Ross's pending Section 2255 motion is Friday, December 1, 2023. Due to the unexpected press of other urgent matters that have recently arisen for the undersigned, the Government respectfully requests that its deadline be extended to Monday, December 4, 2023 to permit the Government to finalize and file its memorandum of law.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Jacob R. Fiddelman
Assistant United States Attorney
(212) 637-1024

cc:   Martin Ross, Reg. No. 87784-054
      USP Lewisburg Camp
      P.O. Box 2000
      Lewisburg, PA 17837

The government's opposition to defendant's motion is due by December 4, 2023, defendant's reply to his motion is due by January 5, 2024. The Clerk of Court is directed to send a copy of this endorsed letter to defendant Martin Ross [87784-054], U.S.P. Lewisburg Camp, P.O. Box 2000, Lewisburg, PA 17837.

Dated: New York, New York
       November 30, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.